Exhibit "2"

Copy of portion of Police Department Letter



Exhibit
"2"



POLICE DEPARTMENT CITY OF NEW YORK

From: Assistant Deputy Commissioner – Trials

To: Police Commissioner

Subject: CONFIDENTIAL MEMORANDUM
POLICE OFFICER JASON HOLLOWAY
TAX REGISTRY NO. 926421
DISCIPLINARY CASE NOS. 2018-18615, 2019-20574, 2019-20832, & 2019-21322

Respondent was appointed to the Department on September 28, 2000. On his last three annual performance evaluations, he twice received 3.5 overall ratings of "Highly Competent/Competent" for 2015 and 2016 and received a 4.0 overall rating of "Highly Competent" for 2014. He has been awarded two medals for Excellent Police Duty and two medals for Meritorious Police Duty.