# Exhibit "3"


Exhibit "3"

## DISCIPLINARY CASE NO. 2018-18615

1. Said Police Officer Jason Holloway, while assigned to 88th Precinct, while off-duty, on or about February 20, 2018, in Kings County, did wrongfully engage in conduct prejudicial to the good order, efficiency or discipline of the Department, to wit: said Police Officer Holloway engaged in a physical altercation with his girlfriend.

   FACTS-

Police Officer Jason Holloway, in his 20 years as working as a police officer did not strike his girlfriend, nor has there ever been a complaint filed against him or any accusation that he used excessive force as a police officer. This incident above stated, did not result in his girlfriend filing a complaint against him, and he never touched her in the incident.

2. Said Police Officer Jason Holloway, while assigned to 88th Precinct, while off-duty, on or about February 20, 2018, in Kings County, did wrongfully engage in conduct prejudicial to the good order, efficiency or discipline of the Department, to wit: said Police Officer Holloway impeded a criminal investigation, in that, he took his girlfriend's cell phone while she was communicating with a 911 operator and stated, "Sorry, we called by mistake."

   FACTS-

Police Officer Jason Holloway, on February 20, 2018 did not touch his girlfriend's telephone and state "we called by mistake".

3. Said Police Officer Jason Holloway, while assigned to 88th Precinct, while off-duty, on or about February 20, 2018, in Kings County, did wrongfully engage in conduct prejudicial to the good order, efficiency or discipline of the Department, to wit: said Police Officer Holloway took his girlfriend's cell phone away from her and broke it.

   FACTS-

Police Officer Jason Holloway, on February 20, 2018, never took her cell phone away and broke it.

4. Said Police Officer Jason Holloway, while assigned to 88th Precinct, while off-duty, on or about February 20, 2018, in Kings County, did fail to remain at the scene of an unusual off-duty incident and immediately notify the patrol supervisor of the incident, to wit: said Police Officer Holloway left the scene and was subsequently escorted to the 88th Precinct from East Stroudsburg, Pennsylvania by the Regional Fugitive Task Force.

   FACTS-

Police Officer Jason Holloway never was involved in AN INCIDENT and leave the scene to go to East Stroudsburg, Pennsylvania, but did go to East Stroudsburg as his children were there, and he had to return them to New York City where they live. Upon receiving a phone call from the Task Force, where they said they wanted him back in the city, he offered to drive immediately back, but instead, was told to stay there and the task force would come and get him

5. Said Police Officer Jason Holloway, while assigned to 88th Precinct, while off-duty, on or about February 20, 2018, in Kings County, failed and neglected to safeguard his Department issued Smith & Wesson 9MM.

FACTS-

This is another false allegation by the officers who are trying to maliciously hurt a good police officer who was appointed on many occasions to instruct the new officers on how to act as a police officer. Officer Holloway and his girlfriend, who lived with him most of the time, kept their weapons under lock and key in their residence. When the investigative officers asked her to produce Police Officer Holloway's Smith and Wesson service weapon, she offered to let the officers go and get the weapon. The officers refused, and the girlfriend went and removed the weapon which was under lock and key.

## DISCIPLINARY CASE NO. 2019-20574

1. Said Police Officer Jason Holloway, while on-duty and assigned to the 88th Precinct, on or about December 7, 2017, did fail and neglect to prepare a Property Clerk's Invoice Worksheet in a timely and proper manner.

FACTS-

This again is an absolute false statement by Dermet F. Shea or his subordinates. PO Jason Holloway's partner will testify in court that he was present and PO Jason Holloway submitted a property clerk's invoice worksheet in a timely and proper manner, and he did not fail to voucher the property.

2. Said Police Officer Jason Holloway, while off-duty and assigned to the 88th Precinct, on or about May 22, 2019, did fail and neglect to store his completed Activity Log in his locker resulting in its loss.

FACTS-

This is another false statement by the deputy's to Commissioner Shea. The defendant, PO Jason Holloway had two lockers. One was for the PBA business and the other for regular police work. When he was modified on February 18, 2018, he was removed physically from the precinct. It was one year later when I was asked for the memo book. The police station on its own, removed my PBA locker because they were short of lockers in the 88th precinct. Upon learning this, I notified the IPO (Integrity Control Officers) who advised me he would notify the Internal Affairs Bureau.

3. Said Police Officer Jason Holloway, while on-duty and assigned to the 88th Precinct, on or about and between February 16, 2016 and January 2, 2018, on twenty-three (23) occasions, did fail and neglect to follow Department guidelines regarding Paid Detail, to wit: said Police Officer Holloway ended his Paid Detail assignments less than three(3) hours before starting his tour, began Paid Detail assignments within one (1) hour after his tour engaged in Paid Detail assignments that overlapped his tour and/or RDO overtime.

FACTS-

In serving overtime, it became necessary to start his regular tour with less than three hours following the termination of his prior assignment.

4. Said Police Officer Jason Holloway, while on-duty and assigned to Housing PSA 9, on or about October 25, 2018, did fail and neglect to safeguard his Department password resulting in queries being made on two (2) individuals known to the Department without knowledge of a job related purpose.

FACTS-

**PO Jason Holloway admits that this statement is correct.**

5.-   Said Police Officer Jason Holloway, while on-duty and assigned to Housing PSA 9, on or about October 25, 2018, did wrongfully use Department computers to make inquiries on an individual known to the Department unrelated to the official business of the Department.

FACTS-

**PO Jason Holloway admits that this statement is correct.**

## DISCIPLINARY CASE NO. 2019-20832

1. Police Officer Jason Holloway, while out on sick report and assigned to PSA 9, on or about March 8, 2019 and March 13, 2019, while residing in Queens County, said Police Officer Holloway was wrongfully and without just cause absent from his residence without the permission of said Officer's District Surgeon and or Health Services Division sick Desk Supervisor.

FACTS-

**PO Jason Holloway was away from his home because he went to see his doctor, Mark Barkoff, MD.**

2. Said Police Officer Jason Holloway, while on-duty and assigned to Housing PSA 9, on or about April 10, 2019, during an official Department investigation, conducted by Lieutenant Valenti and Sergeant Baer of Absence Control, did wrongfully make false statements, to wit: said Police Officer Hollow stated that after reporting to the District Surgeon on March 13, 2019 he went straight home, when that was not in fact true.

FACTS-

**Again, this is a false allegation and he was found not guilty at a hearing before Judge Paul Gambell of NYPD.**

## DISCIPLINARY CASE NO. 2019-21322

1. Said Police Officer Jason Holloway, while off-duty and assigned to Housing PSA 9, on or about between February 23, 2019 and September 29, 20189, wrongfully engaged in conduct prejudicial to the good order, discipline or efficiency of the Department, to wit: said Police Officer Holloway failed to update his address with the auto insurance company for his personal vehicle.

FACTS-

This claim is two years old, but at present time PO Jason Holloway's address with his insurance company is updated.

2. Said Police Officer Jason Holloway, while off-duty and assigned to Housing PSA 9, on or about and between September 14, 2018 and September 29, 2019, wrongfully engaged in conduct prejudicial to the good order, discipline or efficiency of the Department, to wit: said Police Officer Holloway failed to update his address with the New York State Department of Motor Vehicles.

FACTS-

See answer to 1.

3. Said Police Officer Jason Holloway, while off-duty and assigned to Housing PSA 9, on or about September 23, 2019, having been given a lawful order by New York City Police by Sergeant Brandon Lomonaco to provide a copy of his drier's license, did wrongfully and without just cause refuse to comply with said lawful order.

FACTS-

Again, this is wrong, because PO Jason Holloway was told to fax his drivers license and he complied.