# Exhibit "4"



POLICE DEPARTMENT



Exhibit "(4)"

---------------------------------------------------------------x
In the Matter of the Disciplinary Proceedings          :

       - against -                                  :      FINAL

   Police Officer Jason Holloway       :      ORDER

   Tax Registry No. 926421             :      OF

   Housing PSA 9                          :      DISMISSAL
---------------------------------------------------------------x

Police Officer Jason Holloway, Tax Registry No. 926421, Social Security No. ending in 1434 having been served with written notice, has been tried on written Charges and Specifications numbered 2018-18615; 2019-20574, 20832 & 21322 as set forth on form P.D. 468-121, dated February 21, 2018, June 3, August 13 and December 5, 2019 respectively, and after a review of the entire record, Respondent, having pleaded Guilty to Specifications 4 and 5 in Disciplinary Case No. 2018-18615; Specifications 1, 2, 3, 4, and 5 in Disciplinary Case No. 2019-20574; Specification 1 in Disciplinary Case No. 2019-20832; and Specifications 1, 2 and 3 in Disciplinary Case No. 2019-21322, is found Guilty as charged; and is found Guilty of Specifications 1, 2 and 3 in Disciplinary Case No. 2018-18615.

Now therefore, pursuant to the powers vested in me by Section 14-115 of the Administrative Code of the City of New York, I hereby DISMISS Police Officer Jason Holloway from the Police Service of the City of New York.

DERMOT F. SHEA
POLICE COMMISSIONER

EFFECTIVE:    COURTESY  •  PROFESSIONALISM  •  RESPECT
Website: http://nyc.gov/nypd