

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 17, 2021

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BRITTANY J. FINDER**
Labor and Employment Law Division
phone: (212) 356-0890
fax: (212) 356-2439
email: bfinder@law.nyc.gov

February 16, 2021

**Via ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

MEMO ENDORSED

    Re:  *Jason Holloway v. Dermot F. Shea*
         Civil Action No.: 21-CV-00496-ALC
         Law Dept. No.: 2021-003288

Dear Judge Carter:

        I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendant, Dermot F. Shea, sued in his official capacity as the Commissioner of the New York City Police Department, in the above-referenced matter. In accord with Rule 1.D of Your Honor's Individual Practices, I write to respectfully request that the time for Defendant to respond to the Complaint be extended from February 17, 2021, to April 5, 2021. This is Defendant's first request for an extension of time. The extension of time is requested so this Office may adequately investigate the allegations made in the Complaint and prepare a proper response. Plaintiff consents to the requested 45-day extension. The requested extension will not affect any other scheduled dates in this litigation.

        For the reasons set forth above, Defendant respectfully requests that the time to respond to the Complaint be extended until April 5, 2021. I apologize for the delay in making this request. I was out of the office until today owing to furlough leave and the federal holiday yesterday. I thank the Court for its consideration of this request.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 17, 2021

Respectfully submitted,

/s/
Brittany J. Finder
Assistant Corporation Counsel

- 2 -

cc: All attorneys of record (via ECF)