USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 6, 2021

Brittany J. Finder
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JASON HOLLOWAY,

                         Plaintiff,

– v –

DERMOT F. SHEA, in his official capacity as the Commissioner of the New York City Police Department,

                        Defendant.

------------------------------------- x

**ORDER OF TERMINATION OF APPEARANCE OF BRITTANY J. FINDER, ESQ.**

No. 21-CV-00496-ALC

       I am a former Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant, Dermot F. Shea, in the above-captioned action. I respectfully request, pursuant to Local Civil Rule 1.4, that the Court terminate my appearance as counsel for Defendant.

       The Office of the Corporation Counsel has represented Defendant throughout the pendency of this action and continues to do so. *See* ECF Nos. 13, 14. I appeared in this action while an attorney in the Office of the Corporation Counsel by filing a Notice of Appearance on behalf of Defendant on February 16, 2021. *See* ECF No. 6. I am no longer affiliated with the Office of the Corporation Counsel and, as such, I no longer represent the defendant in this matter.

       This action is currently stayed pending resolution of Defendant's request to file a motion to dismiss Plaintiff's complaint. *See* ECF No. 10. The termination of my appearance

will not affect the posture of this action before the Court. Accordingly, for the reasons set forth herein, I respectfully request that my appearance in this action be terminated.

Dated: New York, New York
      May 4, 2021

                                        EPSTEIN BECKER & GREEN, P.C.

                                        By:  /s/_____
                                                  Brittany J. Finder
                                                  Epstein Becker & Green, P.C.
                                                  875 Third Avenue
                                                  New York, NY 10022
                                                  (212) 351-4500
                                                  bfinder@ebglaw.com
                                                  *Attorney Seeking to Terminate Appearance*

**SO ORDERED**                                               Dated: May  6 , 2021

_____
Andrew L. Carter, Jr.
United States District Judge