**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

   **JASON HOLLOWAY,**
                       **Plaintiff,**

          **-against-**

   **DERMOT F. SHEA,**

                     **Defendant.**

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _August 2, 2022_

**21-cv-0496 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephone conference in this case on August 15, 2022 at 12:00 p.m.

The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of

the public and the press may use the same dial-in information.

**SO ORDERED.**

**Dated:**   **August 2, 2022**
         **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**