```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ____8/15/22_____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**JASON HOLLOWAY,** :
:
                       **Plaintiff,** :
: **21-CV-496 (ALC)**
    **-against-** :
: **ORDER**
**DERMOT F. SHEA,** *in his official capacity as the* :
*Commissioner of the New York City Police Department,* :
:
                      **Defendant.** :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

For the reasons stated on the record at today's hearing, I grant Defendant's motion to dismiss. Accordingly, the Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 20 and close the case.

**SO ORDERED.**

**Dated:**    **August 15, 2022**
            **New York, New York**
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**